Lawrence W. Freiman (SBN 288917)
lawrence@freimanlaw.com
Michael J. Freiman (SBN 280716)
michael@freimanlaw.com
Freiman Law
100 Wilshire Blvd., Ste. 700
Santa Monica, California 90401
Telephone:   310.917.1024
Facsimile:   888.835.8511

Attorneys for Plaintiff ALLEN BRUCE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN BRUCE,<br><br>                    Plaintiffs,<br><br>v.<br><br>THE WAGGONERS TRUCKING, INC.; and DOES 1 through 20, inclusive,<br><br>                    Defendants. | Case No.  2:16-cv-05320-MWF-MRW<br><br>**DECLARATION OF MICHAEL J. FREIMAN IN SUPPORT OF PLAINTIFF'S MOTION TO AMEND HIS COMPLAINT** |

I, Michael J. Freiman, declare as follows:

1.      I am an attorney licensed to practice law in the State of California and am a partner in Freiman Law, counsel for Plaintiff in the above-referenced matter. I have personal knowledge of the matters stated in this declaration, and if called upon to testify in this matter, I could and would testify competently.

2.      In the instant case, the parties agreed to hold off on discovery until after it had a settlement conference with the Magistrate Judge on December 5, 2016.

3.      On December 13, 2016, Plaintiff informed me that during his employment with Defendant, he voiced complaints about legal violations of trucking safety

regulations and an unsafe work environment and subsequently retaliated against for his complaints.

4.     Plaintiff mistakenly assumed these claims were in the instant case, but I had not known about the existence of these claims.

5.     On December 23, 2016, I sent correspondence to Defendant's counsel, Matthew Marca, and requested his client stipulate to a Second Amended Complaint to add these retaliation claims.

6.     Marca subsequently responded that he would ask his client.

7.     I continued to follow up with Marca by e-mail several times for the next month, but did not receive a response of yes or no; only that he was still checking with his client.

8.     On January 25, 2017, Marca stated his client would not stipulate, but did offer the professional courtesy of stating he would not rely on the time that passed from my initial request on December 23, 2016, to his answer provided on January 25, 2017, as a ground upon which he would oppose the motion, stating instead he would oppose it on other grounds.

9.     Defendant has not propounded any written discovery.

10.     Defendant has not yet taken Plaintiff's deposition, although Defendant has noticed the deposition to take place on February 8, 2017.

11.     Plaintiff will permit Defendant to depose Plaintiff for longer than seven (7) hours if Defendant finds it needs more time to question him regarding the proposed amendments.

I declare under penalty of perjury the foregoing is true and correct.

Dated:  January 26, 2017          By:     _____/s/_____

Michael J. Freiman, Esq.

DECLARATION IN SUPPORT OF MOTION TO AMEND