UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ALLEN BRUCE, | Case No. 2:16-cv-05320-MWF-MRW |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO AMEND COMPLAINT** |
| v. | |
| THE WAGGONERS TRUCKING, INC.; and DOES 1 through 20, inclusive, | |
| Defendants. | |

Having considered Plaintiff's Motion and all papers submitted in support of and in opposition to Plaintiff's Motion, the Court hereby GRANTS Plaintiff's Motion for Leave to Amend and Plaintiff may file its Second Amended Complaint in the form as attached as Exhibit "A" to Plaintiff's Motion.

IT IS SO ORDERED.

Dated:_____       _____
                                    HONORABLE MICHAEL W. FITZGERALD
                                    UNITED STATES DISTRICT JUDGE