UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 16-5320-MWF(MRWx)**                              Dated: **April 10, 2017**

Title:   Allen Bruce -*v*- The Waggoners Trucking, Inc., et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

    Cheryl Wynn                                            None Present
    Relief Courtroom Deputy                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

    None Present                                          None Present

PROCEEDINGS (IN CHAMBERS):        COURT ORDER

     In light of the Notice of Settlement filed April 7, 2017, the Court sets a hearing on Order To Show Cause Re Dismissal for **June 5, 2017, at 11:30 a.m.** If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. *All other dates are hereby vacated.*

    **IT IS SO ORDERED.**

MINUTES FORM 90                                                Initials of Deputy Clerk   cw
CIVIL - GEN